UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MISUN YOO,<br><br>    Petitioner,<br><br>  v.<br><br>M. PALLARES,<br><br>    Respondent. | Case No. 2:21-cv-08383-GW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1) and supporting records, Respondent's Answer to the Petition (Dkt. 13) and supporting records, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 17, "Report"), which was filed on March 18, 2022. No party filed timely objections to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Petitioner's request for an evidentiary hearing is denied and Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: April 27, 2022 _____           _____
                                              GEORGE H. WU
                                              United States District Judge