JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MISUN YOO, | Case No. 2:21-cv-08383-GW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| M. PALLARES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: April 27, 2022

_____
GEORGE H. WU
United States District Judge